1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CONNIE ARNOLD, | ) Case No.: 12-CV-01998-LKK-EFB |
| Plaintiff, | ) <u>**Civil Rights**</u> |
| vs. | ) ORDER TO CONTINUE SCHEDULING CONFERENCE AND RELATED DATES BY 45 DAYS |
| COUNTY OF SACRAMENTO; SACRAMENTO PUBLIC LIBRARY AUTHORITY; SUNRISE RECREATION & PARK DISTRICT; and DOES 1 through 50, inclusive, | ) <u>Old Dates</u> |
| | ) Last Day for Meeting |
| | ) of Counsel:           10/01/2012 |
| | ) Status Reports Due:   10/09/2012 |
| | ) Scheduling Conference: 10/22/2012 |
| Defendants. | ) |
| | ) <u>New Dates</u> |
| | ) Last Day for Meeting |
| | ) of Counsel:           11/15/2012 |
| | ) Status Reports Due:   11/23/2012 |
| | ) Scheduling Conference: 12/10/2012 |
| | ) |

---

**[PROPOSED] ORDER TO CONTINUE SCHEDULING CONFERENCE AND RELATED DATES BY 45 DAYS**
Case No. 12-CV-01998-LKK-EFB                                                                                       1

1  Pursuant to Plaintiff's request, and finding good cause therefore, this Court
2 hereby continues the scheduling conference to December 10, 2012 at 1:30 p.m.  The
3 parties shall file their status reports 14 days preceding the status conference.

**IT IS SO ORDERED.**

Dated:  September 28, 2012.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT