UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CONNIE ARNOLD,

        Plaintiff,

   v.

RANEY GEOTECHNICAL, INC.,
and ACE AMERICAN INSURANCE
COMPANY,

        Defendants.
_____/

NO. CIV. S-12-1998 LKK/EFB

O R D E R

    A status conference was held in chambers on January 14, 2013. After hearing, the court orders as follows:

    1.   A further status conference is set for April 29, 2013 at 10:00 a.m.

    2.   The parties shall file updated status reports no later than April 15, 2013.

    IT IS SO ORDERED.

    DATED: January 15, 2013.

                                     LAWRENCE K. KARLTON
                                     SENIOR JUDGE
                                     UNITED STATES DISTRICT COURT

1