UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CONNIE ARNOLD,

        NO. CIV. S-12-1998 LKK/EFB

    Plaintiff,

  v.

AMENDED ORDER

COUNTY OF SACRAMENTO, et al,

    Defendants.
_____/

    A status conference was held in chambers on January 14, 2013. After hearing, the court orders as follows:

    1.   A further status conference is set for April 29, 2013 at 10:00 a.m.

    2.   The parties shall file updated status reports no later than April 15, 2013.

    IT IS SO ORDERED.

    DATED: January 15, 2013.

                      LAWRENCE K. KARLTON
                      SENIOR JUDGE
                      UNITED STATES DISTRICT COURT

1