UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CONNIE ARNOLD,

        Plaintiff,

    v.

COUNTY OF SACRAMENTO, et al,

        Defendants.
_____/

NO. CIV. S-12-1998 LKK/EFB

AMENDED ORDER

    A status conference was held in chambers on January 14, 2013. After hearing, the court orders as follows:

    1.   A further status conference is set for April 29, 2013 at 10:00 a.m.

    2.   The parties shall file updated status reports no later than April 15, 2013.

    IT IS SO ORDERED.

    DATED:  January 15, 2013.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1