1
2
3
4
5
6
7
8

9 **UNITED STATES DISTRICT COURT**

10 **EASTERN DISTRICT OF CALIFORNIA**

11

12 CONNIE ARNOLD ) Case No.: 2:12-CV-01998-LKK-EFB

13 Plaintiff, ) **Civil Rights**

14 ) **ORDER RE: CONSENT DECREE**
15 vs. ) **FOR SETTLEMENT OF**
) **PLAINTIFF'S INJUNCTIVE RELIEF**
16 COUNTY OF SACRAMENTO; ) **CLAIMS ONLY AS TO DEFENDANT**
17 SACRAMENTO PUBLIC LIBRARY ) **SUNRISE RECREATION & PARK**
AUTHORITY; SUNRISE ) **DISTRICT**
18 RECREATION & PARK DISTRICT; )
and DOES 1 through 50, inclusive, )
19 ) (Filed concurrently with the Consent
) Decree for Settlement of Plaintiff's
20 Defendants. ) Injunctive Relief Claims Only as to
21 ) Defendant Sunrise Recreation & Park
) District)
22 )
23 )

24
25
26
27
28

## ORDER ON CONSENT DECREE

Pursuant to the Stipulation of the Parties and for good cause shown, the Court makes the following orders:

1. The concurrently filed stipulated CONSENT DECREE FOR SETTLEMENT OF PLAINTIFF'S INJUNCTIVE RELIEF CLAIMS ONLY AS TO DEFENDANT SUNRISE RECREATION & PARK DISTRICT is ORDERED and shall be binding on Plaintiff CONNIE ARNOLD and Defendant SUNRISE RECREATION & PARK DISTRICT and any successors in interest.

2. The Court shall retain jurisdiction of this action to enforce provisions of this Consent Decree and Order.

**IT IS SO ORDERED.**

Dated:  July 10, 2013.


LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT