1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONNIE ARNOLD<br><br>          Plaintiff,<br><br>vs.<br><br>COUNTY OF SACRAMENTO; SACRAMENTO PUBLIC LIBRARY AUTHORITY; SUNRISE RECREATION & PARK DISTRICT; and DOES 1 through 50, inclusive,<br><br>          Defendants. | ) Case No.: 2:12-CV-01998-LKK-EFB<br>)<br>) **<u>Civil Rights</u>**<br>)<br>) **ORDER RE: CONSENT DECREE**<br>) **FOR SETTLEMENT OF**<br>) **PLAINTIFF'S INJUNCTIVE RELIEF**<br>) **CLAIMS ONLY AS TO DEFENDANT**<br>) **SUNRISE RECREATION & PARK**<br>) **DISTRICT**<br>)<br>) (Filed concurrently with the Consent<br>) Decree for Settlement of Plaintiff's<br>) Injunctive Relief Claims Only as to<br>) Defendant Sunrise Recreation & Park<br>) District)<br>)<br>) |

**[PROPOSED] ORDER RE: CONSENT DECREE FOR SETTLEMENT OF PLAINTIFF'S INJUNCTIVE RELIEF CLAIMS ONLY AS TO DEFENDANT SUNRISE RECREATION & PARK DISTRICT**
Case No. 2:12-CV-01998-LKK-EFB                                                    1

## ORDER ON CONSENT DECREE

Pursuant to the Stipulation of the Parties and for good cause shown, the Court makes the following orders:

1. The concurrently filed stipulated CONSENT DECREE FOR SETTLEMENT OF PLAINTIFF'S INJUNCTIVE RELIEF CLAIMS ONLY AS TO DEFENDANT SUNRISE RECREATION & PARK DISTRICT is ORDERED and shall be binding on Plaintiff CONNIE ARNOLD and Defendant SUNRISE RECREATION & PARK DISTRICT and any successors in interest.
2. The Court shall retain jurisdiction of this action to enforce provisions of this Consent Decree and Order.

**IT IS SO ORDERED.**

Dated:  July 10, 2013.

> _/s/ Lawrence K. Karlton_
> LAWRENCE K. KARLTON
> SENIOR JUDGE
> UNITED STATES DISTRICT COURT