1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONNIE ARNOLD<br><br>　　　　Plaintiff,<br><br>vs.<br><br>COUNTY OF SACRAMENTO; SACRAMENTO PUBLIC LIBRARY AUTHORITY; SUNRISE RECREATION & PARK DISTRICT; and DOES 1 through 50, inclusive,<br><br>　　　　Defendants. | ) Case No.: 2:12-CV-01998-LKK-AC<br>)<br>) **<u>Civil Rights</u>**<br>)<br>) **ORDER RE: CONSENT DECREE**<br>) **FOR SETTLEMENT OF**<br>) **PLAINTIFF'S INJUNCTIVE RELIEF**<br>) **CLAIMS ONLY AS TO**<br>) **DEFENDANTS COUNTY OF**<br>) **SACRAMENTO AND**<br>) **SACRAMENTO PUBLIC LIBRARY**<br>) **AUTHORITY**<br>)<br>) (Filed concurrently with the Consent<br>) Decree for Settlement of Plaintiff's<br>) Injunctive Relief Claims Only as to<br>) Defendants County of Sacramento and<br>) Sacramento Public Library Authority)<br>)<br>) |

---

[PROPOSED] ORDER RE: CONSENT DECREE FOR SETTLEMENT OF PLAINTIFF'S INJUNCTIVE
RELIEF CLAIMS ONLY AS TO DEFENDANTS COUNTY OF SACRAMENTO AND SACRAMENTO
PUBLIC LIBRARY AUTHORITY
Case No. 2:12-CV-01998-LKK-AC                                                                     1

## ORDER ON CONSENT DECREE

Pursuant to the Stipulation of the Parties and for good cause shown, the Court makes the following orders:

1. The concurrently filed stipulated CONSENT DECREE FOR SETTLEMENT OF PLAINTIFF'S INJUNCTIVE RELIEF CLAIMS ONLY AS TO DEFENDANTS COUNTY OF SACRAMENTO AND SACRAMENTO PUBLIC LIBRARY AUTHORITY is ORDERED and shall be binding on Plaintiff CONNIE ARNOLD and Defendants COUNTY OF SACRAMENTO and SACRAMENTO PUBLIC LIBRARY AUTHORITY and any successors in interest.
2. The Court shall retain jurisdiction of this action to enforce provisions of this Consent Decree and Order.

**IT IS SO ORDERED.**

Dated:  August 22, 2013.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT