1
2
3
4
5
6
7
8
9
10
11
12
13

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONNIE ARNOLD<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF SACRAMENTO; SACRAMENTO PUBLIC LIBRARY AUTHORITY; SUNRISE RECREATION & PARK DISTRICT; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 12-CV-01998-LKK-EFB<br><br>**Civil Rights**<br><br>**ORDER RE: STIPULATION AND REQUEST TO SET FILING DEADLINE FOR PLAINTIFF'S MOTION FOR FEES AND COSTS**<br><br>Last Day to File Motion for Fees and Costs:  **10/21/2013** |

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1    Pursuant to the Parties' stipulation and request, and finding good cause
2 therefore, this Court hereby sets October 21, 2013 as the last day for Plaintiff to file
3 her motion for attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated:  September 10, 2013

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT