1
2
3
4
5
6
7
8
9
10
11

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CONNIE ARNOLD<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF SACRAMENTO;<br>SACRAMENTO PUBLIC LIBRARY<br>AUTHORITY; SUNRISE<br>RECREATION & PARK DISTRICT;<br>and DOES 1 through 50, inclusive,<br><br>Defendants. | ) Case No.: 12-CV-01998-LKK-EFB<br>) <u>**Civil Rights**</u><br>)<br>) **ORDER RE: STIPULATION AND**<br>) **REQUEST TO SET FILING**<br>) **DEADLINE FOR PLAINTIFF'S**<br>) **MOTION FOR FEES AND COSTS**<br>)<br>) Last Day to File Motion for Fees and<br>) Costs:                            **10/21/2013**<br>) |

1    Pursuant to the Parties' stipulation and request, and finding good cause
2 therefore, this Court hereby sets October 21, 2013 as the last day for Plaintiff to file
3 her motion for attorneys' fees and costs.

5 **IT IS SO ORDERED.**

7 Dated:  September 10, 2013

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

---

**[PROPOSED] ORDER RE: STIPULATION AND REQUEST TO SET FILING DEADLINE FOR PLAINTIFF'S MOTION FOR FEES AND COSTS**
Case No. 12-CV-01998-LKK-EFB                                                          2