# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONNIE ARNOLD<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>COUNTY OF SACRAMENTO; SACRAMENTO PUBLIC LIBRARY AUTHORITY; SUNRISE RECREATION & PARK DISTRICT; and DOES 1 through 50, inclusive,<br><br>　　　　　Defendants. | Case No.: 2:12-CV-01998-LKK-AC<br><br>**Civil Rights**<br><br>**ORDER DISMISSING PLAINTIFF'S ACTION WITH PREJUDICE**<br><br>(Stipulation to Dismiss Plaintiff's Action Filed Concurrently) |

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action is dismissed <u>with</u> prejudice as against Defendants COUNTY OF SACRAMENTO; SACRAMENTO PUBLIC LIBRARY AUTHORITY; and SUNRISE RECREATION & PARK DISTRICT.

**IT IS SO ORDERED.**

Dated:  December 16, 2013

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT